IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, </br></br> Plaintiff, </br></br> v. </br></br> CHARLES MCCREA, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civ. No. 04-699-SLR </br> ) </br> ) </br> ) </br> ) |

**DENIAL OF DEFAULT REQUEST**

THE APPLICATION FOR ENTRY OF DEFAULT IN APPEARANCE is denied as plaintiff has failed to provide proof of service via a return receipt from the United States Postal Service or other postal carrier showing defendant actually received such mailings as averred in the affidavit of Maribeth L. Minella[1].

Dated: June 9, 2005

_____
(By) Deputy Clerk

---

[1] Noteworthy, the attached summons and certificate of service to the application for entry of default are for a Daniel Reid, who is not the defendant in this action. (See D.I. 7)