IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civ. No. 04-699-SLR ) |
| CHARLES MCCREA, | ) ) |
| Defendants. | ) |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendant Charles McCrea pursuant to Federal Rule of Civil Procedure 55(a) as defendant has failed to answer or otherwise respond to the complaint. (See D.I. 10)

Dated: November 22, 2005

_____
(By) Deputy Clerk