IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civ. No. 04-699-SLR<br>) |
| CHARLES MCCREA, | )<br>) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 16th day of February, 2006, there having been no activity in the above captioned case since the Clerk's entry of default in appearance on November 22, 2005;

IT IS ORDERED that, on or before **March 16, 2006,** plaintiff shall apply to the court for an entry of a default judgment against defendant Charles McCrea. See Federal Rule of Civil Procedure 55(b)(2). FAILURE TO TIMELY PURSUE THIS LAST AVAILABLE REMEDY WILL RESULT IN DISMISSAL OF THIS CASE.

_____
United States District Judge